# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN REYNOLDS AND DELMAR SCOTT REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MEYERS SQUIBB CO., et al.,<br><br>Defendants. | OLD CASE NO: 2:16-cv-509-JAM-CMK<br><br>NEW CASE NO: 1:16-cv-357-LJO-BAM<br><br>ORDER RELATING AND REASSIGNING CASE |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to *Sears v. Bristol-Meyers Squibb Co.*, 1:16-cv-65-LJO-BAM. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. In addition, the currently assigned district and magistrate judges have not engaged in this matter in any substantial way. Accordingly, assignment of the actions to the district judge and magistrate judge assigned to *Sears* will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected. On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Barbara A. McAuliffe. All documents shall bear the new case number:

## 1:16-cv-357-LJO-BAM

IT IS SO ORDERED.

Dated: **March 15, 2016**            /s/ Lawrence J. O'Neill
                                    **UNITED STATES DISTRICT JUDGE**